MABEL M. NICHOLS, Respondent, v. SYRACUSE TRANSIT CORPORATION, Appellant (Sued under the Name of SYRACUSE TRANSIT COMPANY).— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an automobile bus negligence action. The order denies defendant's motion for a directed verdict and also defendant's motion for a new trial.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

GRETCHEN L. MILLIREN, Appellant, v. WILLIAM L. MILLIREN, Respondent.— Interlocutory judgment reversed on the law and facts, without costs of this appeal to either party, and a new trial granted, upon the ground that the evidence does not support a finding that the defendant had a wife by a former marriage living at the time he entered into the marriage alleged in the complaint. Upon making proper proof the plaintiff would be entitled to a judgment declaring the marriage null and void. Finding of fact No. 5 reversed. All concur, Harris, J., in result. (The interlocutory judgment grants an annulment of a marriage.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

ROMAN GODLEWSKI, as Administrator, etc. [HUGH B. CHACE, JR., as Substituted Administrator, etc.], of CHESTER GODLEWSKI, Deceased, Plaintiff, v. E. R. SQUIBB & COMPANY and WILLIAM B. ZAIDEL, Individually and Trading under the Name of ZAIDEL, Defendants. In the Matter of the Application of HUGH B. CHACE, JR., as Administrator, etc. of CHESTER GODLEWSKI, Deceased, for Leave to Compromise a Cause of Action for the Death of Decedent. ROMAN GODLEWSKI and WILLIAM L. CLAY, as Attorney, etc., Appellants; HUGH B. CHACE, JR., as Administrator, etc., of CHESTER GODLEWSKI, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order of Niagara Surrogate's Court provides that the payment in settlement of a Supreme Court negligence action be paid to the administrator, without provision for the lien of the attorney under his retainer.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of JOHN E. DEASY, as Executor, etc., of MARGARET J. DEASY, Deceased, to Discover Certain Personal Property of Said Deceased Claimed to Be Withheld. ANNA A. JORDAN, Appellant; JOHN E. DEASY, as Executor, Respondent.— Order, so far as appealed from, affirmed, without costs of this appeal to either party. All concur. (The portion of the order appealed from denies a motion to vacate an order for an examination in a discovery proceeding.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

WILLIAM H. STAPELL, Appellant, v. MARY F. STAPELL, Respondent.— Judgment affirmed, without costs of this appeal to either party. All concur. (The judgment dismisses the complaint in an action to annul a marriage.) Present — Cunningham, Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of MARGARET ENNIS CUNNAN, as Administratrix, etc., of KATHARINE ENNIS, Deceased. LOUISE M. ENNIS, Appellant, in Person; MARGARET ENNIS CUNNAN, as Administratrix, Respondent.— Motion for an order granting leave to take further testimony, and for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and McCurn, JJ.